**In re Marcus Duke SHELTON, Petitioner.**

No. 00–7609.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2000.

Decided Jan. 8, 2001.

Marcus Duke Shelton, petitioner pro se.

Before WILKINS, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Marcus Duke Shelton petitions this court for a writ of error coram nobis, 28 U.S.C. § 1651(a) (1994), seeking to invalidate his 1988 Virginia conviction for petty larceny. To the extent that Shelton seeks review of a Virginia trial court's denial of his state petition for a writ of error coram nobis, we do not possess jurisdiction to review that court's decision. *See* 28 U.S.C. §§ 1291–1296 (1994). Furthermore, this court has no jurisdiction under § 1651(a) to alter the judgment of a Virginia trial court. *See Sinclair v. Louisiana*, 679 F.2d 513, 514–15 (5th Cir.1982). Accordingly, we deny Shelton's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*